**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-1480**

───────────────

ALEXANDER ZAJAC,

        Plaintiff - Appellant,

    v.

EMMETT JORDAN,

        Defendant - Appellee.

───────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah Lynn Boardman, District Judge.  (8:22-cv-01620-DLB)

───────────────

Submitted:  August 24, 2023                    Decided:  August 28, 2023

───────────────

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Alexander Zajac, Appellant Pro Se.  Kevin B. Karpinski, KARPINSKI, CORNBROOKS & KARP, PA, Baltimore, Maryland, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Zajac appeals the district court's order granting Defendant's motion to dismiss Zajac's action alleging violations of the American with Disabilities Act, 42 U.S.C. §§ 12101 to 12213, and the Equal Protection Clause.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Zajac v. Jordan*, No. 8:22-cv-01620-DLB (D. Md. Mar. 31, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
